| JOSEPH ROBERT, GLORIA DECUIR-ROBERT, ALBERT BIERRIA, GWENDOLYN BIERRA, ET AL | * | NO. 2020-CA-0524 |
| --- | --- | --- |
| | * | COURT OF APPEAL |
| | * | FOURTH CIRCUIT |
| VERSUS | | |
| | * | STATE OF LOUISIANA |
| STATE OF LOUISIANA AND ABC INSURANCE COMPANY | * | |
| | * | |

* * * * * * *

**BELSOME, J., CONCURS IN THE RESULT.**